UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN J. TOMKIN,

                              Plaintiff,

            -against-

COMMISSIONER OF SOCIAL SECURITY et
al.,

                              Defendants.

24-cv-4377 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

Within two weeks of service, the parties shall meet and confer as to whether they consent to

the jurisdiction of a Magistrate Judge. They shall either submit the magistrate-consent form,

available at   https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge,   or

submit a letter indicating that the parties do not consent to the jurisdiction of a Magistrate Judge.

The letter should **not** indicate which side declined to consent.

SO ORDERED.

Dated: June 10, 2024
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge