# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

BRIAN J. TOMKIN

   Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY

   Defendant.

NO. 1:24-CV-04377-SLC

> Plaintiff's letter-motion for an extension of time (ECF No. 20) to file his brief is GRANTED, and the proposed briefing schedule set forth in the letter-motion is ADOPTED. In addition, Plaintiff shall file any reply to the Commissioner of Social Security's response by **Monday, January 27, 2025.**
>
> The Clerk of Court is respectfully directed to close ECF No. 20.
>
> SO ORDERED.   9/11/2024
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

To the Honorable Judge Cave:

    Brian Tomkin, Plaintiff in the above-captioned matter, by and through their undersigned counsel, respectfully files this letter motion pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(d) and requests an extension of time through October 28, 2024 for Plaintiff to file their Brief.

    As such, the joint proposed schedule is as follows: it is requested Plaintiff's memorandum would be due October 28, 2024. It is requested that Commissioner of Social Security's memorandum would be due sixty days later, on December 27, 2024. Attorney Avni Gandhi consents to this proposed schedule.

    Respectfully Submitted,
/s/ Elizabeth Haungs
Elizabeth Haungs, Esq.
Attorney for Plaintiff
Senior USDC Attorney
Hiller Comerford Injury & Disability
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
ehaungs@hillercomerford.com