UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
BRIAN J. TOMKIN,

                Plaintiff,                      24 **CIVIL** 4377 (SLC)

      -v-                                           **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 27, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a hearing and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      December 27, 2024

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                **BY:**
                                                          **Deputy Clerk**